JAP:RTP

**12 M 569**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

CECIL ANTHONY BYFIELD,
   also known as
   "Noris R. Hill,"

           Defendant.

- - - - - - - - - - - - - - - - - X

C O M P L A I N T

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

      FABIO ARROYANE, being duly sworn, deposes and states that he is a Deportation Officer with Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      On or about May 21, 2012, within the Eastern District of New York and elsewhere, the defendant CECIL ANTHONY BYFIELD, also known as "Noris R. Hill," an alien who had previously been deported from the United States after a conviction for an aggravated felony, was found in the United States without the Secretary of the United States Department of Homeland Security, successor to the Attorney General of the United States, having expressly consented to such alien's applying for admission.

      (Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about May 21, 2012, the defendant CECIL ANTHONY BYFIELD, also known as "Noris R. Hill," was arrested by the New York City Police Department in Queens, New York for, among other things, possession of a forged instrument, contrary to Section 170.25 of the New York State Penal Law. The defendant used the name "Noris R. Hill" in connection with this arrest.

3. Subsequent to the arrest, ICE officials ran a criminal history and found that the defendant CECIL ANTHONY BYFIELD, a citizen of Jamaica, had been previously removed from the United States on or about April 6, 2006.

4. ICE officials determined that on or about November 23, 1998, the defendant was convicted of Burglary of a Habitation

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

with the Intent to Commit Aggravated Robbery in the 337th District Court of Harris County, Texas, contrary to Section 30.02(d) of the Texas Penal Code. The defendant's conviction *is* an aggravated felony offense.

5. An ICE official with fingerprint analysis training compared the fingerprints taken in connection with the defendant's arrest underlying his November 23, 1998 conviction; the fingerprints taken in connection with the defendant's April 6, 2006 removal; and the fingerprints taken in connection with the defendant's May 21, 2012 arrest, and determined that all three sets of fingerprints were made by the same individual.

6. A search of ICE records has revealed that there exists no request by the defendant for permission from the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, to reapply for admission to renter the United States after removal.

4

WHEREFORE, your deponent respectfully requests that the defendant CECIL ANTHONY BYFIELD, also known as "Noris R. Hill," be dealt with according to law.

_____
FABIO ARROYANE
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me this
14th day of June, 2012

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK